In the Matter of the Judicial Settlement of the Account of Proceedings of MARY A. GEORGE, as Administratrix, etc., of ALBERT LEONARD GEORGE, Late of Queens County, Deceased. DANIEL FRANK, Special Guardian for RAY S. GEORGE, an Infant, and JACOB L. BLUMENSON, Objectors, Appellants; MARY A. GEORGE, as Administratrix, etc., of ALBERT LEONARD GEORGE, Deceased, and Others, Respondents.— Motion for stay denied. On court's own motion, the appeal from so much of the order of the Surrogate's Court of Queens county, entered in the office of the clerk of said court on the 6th day of April, 1939, as sets the matter down for trial on April 10, 1939, without requiring Morris D. Kopple and Mary A. George to deposit the moneys or file the undertakings in said court, is dismissed. Such an order is not appealable. Motion to resettle order denied. Respondent Kopple, before he may move the matter for hearing, shall deposit the money or furnish the bond in accordance with the order heretofore made by this court. [See *ante*, p. 270.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Arbitration of Certain Controversies between HOWARD M. PIERCE, Respondent, and BROWN BUICK Co., INC., and BROWN CHEVROLET, INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of HENRIETTA H. GORDON and ALONZO H. HOWELL for a Determination of the Validity, Construction or Effect of the Disposition of Property Devised and Bequeathed in the Last Will and Testament of NETTIE M. ROE, Late of the Town of Brookhaven, Deceased. HENRIETTA H. GORDON and Another, Appellants; Hon. JOHN J. BENNETT, JR., Attorney-General of the State of New York, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 999.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of Supplementary Proceedings: NATHAN D. SHAPIRO and Others, Respondents, v. SAMUEL METRIK, Judgment Debtor; ROSE METRIK, Third Party, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

WALBORG JOHNSON, Respondent, v. HULDA W. FELLQUIST, Administratrix, etc., of KATRINA L. JOHANSON, etc., Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THOMAS F. MAHER, Respondent, v. JOSEPH H. BERNSTEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied on the merits, with ten dollars costs. The appellant has failed to comply with the second paragraph of rule XXVI, Appellate Division, Second Department. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

HERBERT E. MOHR, Appellant, v. LAWYERS TRUST COMPANY, Respondent; THE PUBLIC NATIONAL BANK AND TRUST COMPANY and Others, Impleaded Defendants, Respondents.— Motions for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

PETER PIFATH and Another, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel and Close, JJ.; Carswell, J., not voting.